WILLIAM KENNEDY, ADMINISTRATOR, *vs.* THE SCOVILL MANUFACTURING COMPANY.

Third Judicial District.

Argued October 31st—decided December 18th, 1906.

ACTION to recover damages for negligently causing the death of the plaintiff's intestate, brought to and heard in damages by the Superior Court in New Haven County, *Reed, J.;* facts found and judgment rendered for the plaintiff for nominal damages only, from which he appealed. *No error.*

*John O'Neill* and *William Kennedy*, for the appellant (plaintiff).

*Lucien F. Burpee* and *Wilson H. Pierce*, for the appellee (defendant).

Opinion filed with the clerk of the Superior Court in New Haven County.